## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| MICHAEL TEDESCHI, II, | ) | CASE NO.: |
| | ) | |
| Plaintiff, | ) | JUDGE: |
| | ) | |
| v. | ) | |
| | ) | |
| CONTINENTAL SERVICE GROUP, INC, | ) | **NOTICE OF REMOVAL** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Now comes Defendant Continental Service Group, Inc., pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 15 U.S.C. § 1692k, and files this Notice of Removal, and in support hereof sets forth the following grounds:

1. On or after September 22, 2011, Defendant was served with Plaintiff's Complaint, a copy of which is attached hereto, in an action entitled <u>Michael Tedeschi, II v. Continental Service Group, Inc.,</u> filed of record with the Clerk of Court for the 52/3 Judicial District, State of Michigan, Case No. 11-C06150.

2. Plaintiff's Complaint purports to set forth a cause of action under the "Fair Debt Collection Practices Act" 15 U.S.C. §§ 1692 *et seq.*

3. This Court has original jurisdiction over Plaintiff's cause of action based on 15 U.S.C. § 1692 *et seq.*, as set forth in 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d). Pursuant to 28 U.S.C. § 1441, therefore, the civil action pending in the 52/3 Judicial District, State of Michigan, is removable to this Court.

4. Defendant has filed Answer to Plaintiff's Complaint with the Clerk of the 52/3 Judicial District, State of Michigan.

5. Copies of all process, pleadings and orders served upon Defendant in this action are attached hereto.

6. Thirty (30) days have not yet expired since receipt of Plaintiff's Complaint.

7. Defendant will provide written notice of the filing of this Notice of Removal to Plaintiff by ordinary mail and will also forward a Notice for filing with the Clerk of Court, 52/3 Judicial District, State of Michigan regarding this Notice of Removal.

WHEREFORE, Defendant prays that the above-captioned action now pending in the 52/3 Judicial Circuit, State of Michigan, be removed therefrom and placed on the regular docket of the United States District Court for the Eastern District of Michigan.

Respectfully submitted,

/s/Jeffrey C. Turner
Jeffrey C. Turner (OH # 0063154)
SURDYK, DOWD & TURNER CO., L.P.A.
One Prestige Place, Suite 700
Miamisburg, OH 45342
Tel.:   (937) 222-2333
Fax:   (937) 222-1970
jturner@sdtlawyers.com
Trial Attorney for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served via U.S. mail to the following on October 21, 2011:

Michael Tedeschi, II
2409 Beacon Hill Drive
Rochester Hills, MI 48309
*Plaintiff Pro se*

/s/Jeffrey C. Turner
Jeffrey C. Turner (OH # 0063154)
SURDYK, DOWD & TURNER CO., L.P.A.
One Prestige Place, Suite 700
Miamisburg, OH 45342
Tel.:   (937) 222-2333
Fax:   (937) 222-1970
jturner@sdtlawyers.com
Trial Attorney for Defendant

2

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

County in which action arose: Oakland County

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
MICHAEL TEDESCHI, II

### DEFENDANTS
Continental Service Group, Inc.

**(b)** County of Residence of First Listed Plaintiff   OAKLAND COUNTY
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
MICHAEL TEDESCHI, II, Pro Se Plaintiff, 2409 Beacon Hill Drive, Rochester Hills, MI 48309

Attorneys (If Known)
Jeffrey C. Turner, Esq., Surdyk, Dowd & Turner Co., L.P.A., One Prestige Place, Ste. 700, Miamisburg, OH 45342 (937) 222-2333

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government
      Plaintiff

☒ 3  Federal Question
      (U.S. Government Not a Party)

☐ 2  U.S. Government
      Defendant

☐ 4  Diversity
      (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                    and One Box for Defendant)

|                                | PTF | DEF |                                                     | PTF | DEF |
|--------------------------------|-----|-----|-----------------------------------------------------|-----|-----|
| Citizen of This State          | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State       | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation                             | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☒ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS—Third Party | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | 26 USC 7609 | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original
    Proceeding

☒ 2 Removed from
    State Court

☐ 3 Remanded from
    Appellate Court

☐ 4 Reinstated or
    Reopened

☐ 5 Transferred from
    another district
    (specify)

☐ 6 Multidistrict
    Litigation

☐ 7 Appeal to District
    Judge from
    Magistrate
    Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. section 1692 et seq.
Brief description of cause:
Fair Debt Collection Practices Act

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION
   UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE
October 21, 2011

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## PURSUANT TO LOCAL RULE 83.11

1.      Is this a case that has been previously dismissed?      ☐ Yes
                                                                ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.      Other than stated above, are there any pending or previously      ☐ Yes
        discontinued or dismissed companion cases in this or any other     ☒ No
        court, including state court? (Companion cases are matters in which
        it appears substantially similar evidence will be offered or the same
        or related parties are present and the cases arise out of the same
        transaction or occurrence.)

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


Notes : _____

 **CT Corporation**

**Service of Process Transmittal**
09/22/2011
CT Log Number 519199241



**TO:**   Pamela Baird
Continental Service Group, Inc.
200 CrossKeys Office Park
Fairport, NY 14450-

**RE:**   **Process Served in Michigan**

**FOR:**   Continental Service Group, Inc. (Domestic State: NY)



RECEIVED
SEP 26 2011
By_____

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Michael Tedeschi II, etc., Pltf. vs. Continental Service Group Inc, etc., Dft. *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Summons, Proof of Service Form, Complaint and Jury Demand |
| **COURT/AGENCY:** | 52-3 District Court, Oakland County, MI Case # 11C06150 |
| **NATURE OF ACTION:** | Violation of The Fair Debt Collection Practices Act for unlawful debt collection methods, acts and practices |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Company, Bingham Farms, MI |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 09/22/2011 postmarked on 09/21/2011 |
| **JURISDICTION SERVED :** | Michigan |
| **APPEARANCE OR ANSWER DUE:** | 12/21/2011 |
| **ATTORNEY(S) / SENDER(S):** | Michael Tedeschi II, Pro Se 2409 Beacon Hill Drive Rochester Hills, MI 48309 248-652-8765 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex Priority Overnight , 797550794275 |
| **SIGNED:** | The Corporation Company |
| **PER:** | Stephanie Hendrickson |
| **ADDRESS:** | 30600 Telegraph Road Suite 2345 Bingham Farms, MI 48025-5720 |
| **TELEPHONE:** | 248-646-9033 |

Page 1 of  1 / SG

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

To order this form, call (517) 337-1211
Target Information Management, Inc.
Approved, SCAO

| Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
| --- | --- |

| STATE OF MICHIGAN<br>52-3 JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY PROBATE | SUMMONS AND COMPLAINT | CASE NO.<br>11-C06150 |

**Court address** 700 BARCLAY CIRCLE, ROCHESTER HILLS, MI 48307   **Court telephone no.** (248) 8535553

| Plaintiff name(s), address(es), and telephone no(s). | | Defendant name(s), address(es), and telephone no(s). |
| --- | --- | --- |
| MICHAEL TEDESCHI II (IN PROPER)<br>2409 BEACON HILL DR<br>ROCHESTER HILLS MI 48309<br>(248) 652 8765 | v | CONTINENTAL SERVICE GROUP INC<br>A/K/A CONSERV<br>C/O THE CORPORATION COMPANY<br>30600 TELEGRAPH RD<br>STE 2345<br>BINGHAM FARMS MI 48025<br>(800) 6337945 |
| Plaintiff attorney, bar no., address, and telephone no. | | |

**SUMMONS**   **NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state). MCR 2.111(C)
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued 9/21/11 | This summons expires 12/21/11 | Court clerk RENEE S. GILLERT |
| --- | --- | --- |

*This summons is invalid unless served on or before its expiration date.
This document must be sealed by the seal of the court.

**COMPLAINT**   *Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.*

**Family Division Cases**

☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.

☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____

The action ☐ remains ☐ is no longer   pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
| --- | --- | --- |

**General Civil Cases**

☒ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.

The action ☐ remains ☐ is no longer   pending. The docket number and the judge assigned to the action are:

CASE ASSIGNED TO (P40515)
JUDGE JULIE A. NICHOLSON

| Docket no. | Judge | Bar no. |
| --- | --- | --- |

**VENUE**

| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |
| --- | --- |
| ROCHESTER HILLS, MI | FAIRPORT NY |
| Place where action arose or business conducted | |
| ROCHESTER HILLS, MI | |

| Date 9/21/11 | Signature of attorney/plaintiff |
| --- | --- |

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you to fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01 (3/06) **SUMMONS AND COMPLAINT**    MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 3.206(A)

DEFENDANT

| PROOF OF SERVICE | SUMMONS AND COMPLAINT<br>Case No. |
|---|---|

**TO PROCESS SERVER:** You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

### CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE

| ☐ **OFFICER CERTIFICATE** | OR | ☐ **AFFIDAVIT OF PROCESS SERVER** |
|---|---|---|
| I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party [MCR 2.104(A)(2)], and that:   (notarization not required) | | Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that:   (notarization required) |

☐ I served personally a copy of the summons and complaint,

☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint,

together with _____
List all documents served with the Summons and Complaint

_____

_____ on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

☐ I have personally attempted to serve the summons and complaint, together with any attachments on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

| Service fee<br>$ | Miles traveled | Mileage fee<br>$ | Total fee<br>$ | Signature _____<br><br>Title _____ |
|---|---|---|---|---|

Subscribed and sworn to before me on _____ , _____ County, Michigan.
                                              Date

My commission expires: _____   Signature: _____
                              Date                         Deputy court clerk/Notary public

Notary public, State of Michigan, County of _____

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with _____
                                                                                              Attachments

_____ on _____ on behalf of _____ .
                                        Day, date, time

_____
Signature

STATE OF MICHIGAN
IN THE 52-3 DISTRICT COURT

Michael Tedeschi II

Plaintiff

-vs-                                              Case No. 1l-C06l5O

Continental Service Group Inc.

                                                  Hon.

Defendant

| Michael Tedeschi II | Continental Service Group, Inc. |
|---|---|
| In Pro Per | P O Box 457 |
| 2409 Beacon Hill Drive | Fairport, NY 14450-0457 |
| Rochester Hills, Mi 48309 | (800) 633 7945 |
| (248) 652-8765 | |

## COMPLAINT & JURY DEMAND

*The Plaintiff states the following claims for relief:*

### Parties

The Plaintiff to this lawsuit is, Michael Tedeschi II, "Michael", who resides

in Rochester Hills, Oakland County, Michigan.

 The Defendant to this lawsuit is, Continental Service Group, Inc, "ConServe", a

foreign corporation and collection agency operating in Michigan.

1

## General Allegations

1.    On or about 1 April of 2011, ConServe, or their appointed

agent or employee called the home phone number (248) 652 8765 of Michael.

In that phone communication, The Caller ID shows UNAVAILABLE, in the name

window with the number 585-421-1000 listed below.

The call was answered by digital recorder and no message recorded.

2.    Calls repeated in this fashion via an electronic telephone device for several

days on and off without meaningful disclosure of who was calling or for what

purpose. Failing to identify themselves and state the purpose of debt collection.

3.    On or about 7 April 2011, Michael did receive a letter via US Mail from

ConServe dated 4 April 2011. The letter states a debt owed to the Department

Of Education, the return address is for the National Payment Center of that

agency. There by giving the false appearance that ConServe, is part of

the United States government.

4.    Further, the letter lists the full social security number of Michael, and

contains no thirty day notice for dispute as provided by law.

5.    The letter then states, "We have recently have been informed that you filed

Bankruptcy and subsequently received a discharge"

6.   ConServe would have had to discuss the debt of Michael with a third party to

obtain knowledge of a bankruptcy.

7. This information is wrong, I have never declared bankruptcy.

2

8. In researching "ConServe", I have found no d/b/a for this name, but an entity operating in the state of Michigan named, Continental Service Group, Inc.

9. ConServe is using an unregistered assumed business identity.

10.    On 7 April 2011, a letter was sent via USPS first class mail to ConServe denying the allegations and demanding to know the source of the erroneous information within ten days.

11.    On 11 April 2011, a Cease and Desist letter was sent via fax to 585 598 6120 and via USPS First Class postage CERTIFED MAIL RETURN RECIPET REQUESTED due to the more than ten hang up calls, from ConServe that did also now extend to 248 854 4026, the cell phone of a family member.

12.    Validation of the debt was requested of the Department of Education on 13 April 2011. On 3 May 2011, they returned a master promissory note in the name of Frank Tedeschi, signed by Michael Tedeschi, revealing the social security numbers of both persons, neither of which match that of Michael.

13. ConServe and the Department of Education failed to validate the debt.

14. On 3 May 2011, Michael again contacted the Department of Education, via USPS First Class postage CERTIFED MAIL RETURN RECIPET REQUESTED pointing out the documentation received was wrong, and again demanding validation of the debt, n0 reply has been received as of 21 Sept 2011.

15.    On 11 May 2011, without response to the letter sent ConServe of 7 April 2011 for the source of the erroneous information contained in the

3

original correspondence of 4 April 2011, Michael again demanded that

information via USPS First Class postage CERTIFED MAIL RETURN RECIPET

REQUESTED, specifically stating that providing the information would not be a

violation of the cease and desist, and that failure to do so would result in legal

action. No Response has been received as of 21 September 2011.

### COUNT I – Fair Debt Collection Practices Act (FDCPA)

Plaintiff incorporates the preceding allegations by reference.

Plaintiff has suffered damages as a result of these violations of the

FDCPA.  ConServes actions to collect this alleged debt from Plaintiff violated

the provisions of FDCPA including but not limited to: 15 U.S.C. 1692b § 804

(1),(2),  § 805, (b), (c), § 806 (5),(6),  § 807 (1), (2)(A), (8),(10)  § 808 (1), (5),

§ 809 (a) (3),(4),(5), (b)

Plaintiff entitled to $1000.00 per violation of each of the provisions above.

### COUNT II – Telephone Consumer Protection Act of 1991 ("TCPA")

Plaintiff incorporates the preceding allegations by reference.

The policy, procedures, method and acts of ConServe or its representatives are

numerous and multiple violations of the TCPA, including

but not limited to 47U.S.C. § 227(b)(1)(A)(iii).

ConServe (s) violations are multiple, repeated, willful and intentional.

Pursuant to the TCPA, 47 U.S.C. § 227(b)(3)(B), Plaintiff is entitled to

statutory damages of $500.00 per violation.

Pursuant to TCPA, 47 U.S.C. §§ 227(b)(3), Plaintiff is entitled to statutory damages of $1,500.00 per willful or knowing violation.

### COUNT III – Michigan Collection Practices Act

Plaintiff (s) incorporate the preceding allegations by reference.

ConServe is a regulated company for purposes of the Michigan Collection Practices Act, M.C.L.§445.251 *et seq.* ("MCPA"). ConServe has violated the MCPA. Plaintiff has suffered damages as a result of these violations of the MCPA.

### Demand for Jury Trial

Plaintiff demands a trial by jury in this action.

### Demand for Judgment for Relief

*Accordingly, Plaintiff requests that the Court grant:*

    a. *The amount of $25,000.00 representing actual damages for violations and items including emotional distress, mental anguish, frustration, harrassment, embarrassment and violation of privacy.*

    b. *Equitable relief under statute and common law.*

    c. *Statutory damages.*

    d. *Treble damages.*

    e. *Statutory costs and fees.*

    f. *Any other equitable relief the court deems appropriate to fully redress Plaintiff's damages.*

Respectfully Submitted

By:

Michael Tedeschi II
In Pro Per
2409 Beacon Hill Drive
Rochester Hills, Mi 48309
(248) 652-8765

7

M. Tedeschi
2409 BEACON HILL DR
ROCHESTER HILLS, MI 48309

7010 3090 0001 9018 2173

The Corporation Company
Attn: Continental Service Group Inc
30600 Telegraph Road Suite 2345
Bingham Farms MI 48025-5720

$5.590
US POSTAGE
FIRST-CLASS
FROM 33437
SEP 21 2011
stamps.com





Insert airbill here

From: (248) 646-9033
Hendrickson
CT – Bingham Farms SOP Team
30600 Telegraph Road
Suite 2345
Bingham Farms, MI 48025

Origin ID: DETA

FedEx Express

SHIP TO: (248) 646-9033
Pamela Baird
Continental Service Group, Inc.
200 CrossKeys Office Park
Fairport, NY 14450

BILL SENDER

Ship Date: 23SEP11
ActWgt: 1.0 LB
CAD: 103009728/INSXC2500

Ref #
Invoice #
PO #
Dept #

Delivery Address Bar Code

SOP/O41190DG/5191992/41/Hendrickson

For FedEx shipments Only

SF KCCA

FedEx 7975 5079 4275

MON – 26 SEP A2
PRIORITY OVERNIGHT

14450
NY-US
ROC

## STATE OF MICHIGAN

## IN THE 52-3rd JUDICIAL DISTRICT COURT

MICHAEL TEDESCHI II,

     Plaintiff,

v.                           Case No. 11-C06150

CONTINENTAL SERVICE GROUP, INC.

     Defendant.

---

| | |
|---|---|
| MICHAEL TEDESCHI II<br>IN PRO PER<br>2409 Beacon Hill Drive<br>Rochester Hills, MI  48309<br>(248) 652-8765 | JEFFREY A. SMOLEK (P53565)<br>JEFFREY A. SMOLEK, P.L.L.C.<br>Attorney for Defendant<br>20 W. Washington St., Suite 4A<br>Clarkston, MI  48346<br>(248) 625-5373 |

---

## **APPEARANCE**

TO:   Clerk of the Court / Michael Tedeschi II

     Please enter my appearance as counsel in behalf of Defendant, CONTINENTAL

SERVICE GROUP, INC. in the above entitled matter.

                       JEFFREY A. SMOLEK, P.L.L.C.

                 BY:                   

                       JEFFREY A. SMOLEK (P53565)<br>                       Attorney for Defendant<br>                       20 W. Washington St., Suite 4A<br>                       Clarkston, MI  48346<br>                       (248) 625-5373

Date:  October 20, 2011

## NOTICE OF APPEARANCE

TO:   Clerk of the Court / Michael Tedeschi II

Please enter my appearance as counsel in behalf of Defendant, CONTINENTAL

SERVICE GROUP, INC. in the above entitled matter.

JEFFREY A. SMOLEK, P.L.L.C.

BY:

JEFFREY A. SMOLEK (P53565)
Attorney for Defendant
20 W. Washington St., Suite 4A
Clarkston, MI  48346
(248) 625-5373

Date:  October 20, 2011

## Proof of Service

The undersigned certifies that a copy of the foregoing instrument was served upon all parties to the above cause by mailing the same to them at their respective addresses as disclosed by the pleadings of record herein on October 20, 2011.  I declare under penalty of perjury that the statement above is true to the best of m knowledge, information, and belief.

Jeffrey A. Smolek

80061/jas

**STATE OF MICHIGAN**
**IN THE 52-3 JUDICIAL DISTRICT COURT**

MICHAEL J. TEDESCHI,          )     CASE NO. 11-C06150
                                   )
        Plaintiff,           )
                                   )
v.                             )
                                 )
CONTINENTAL SERVICE GROUP,  )
INC.,                        )     **ANSWER OF DEFENDANT**
                                 )     **TO PLAINTIFF'S COMPLAINT**
        Defendant.        )
_____)

       Continental Service Group, Inc. ("Defendant"), by counsel, states as follows for its

Answer to the Complaint filed by Michael J. Tedeschi, II ("Plaintiff"):

**FIRST DEFENSE**

       Defendant is without sufficient knowledge to form a belief as to the truth of the allegations regarding Plaintiff's residence contained in the "Parties" section of the Complaint, and therefore denies said allegations.

       Defendant admits that it is a foreign corporation and collection agency operating in Michigan.

1.    Admitted that on or about 1 April 2011, specifically March 31, 2011, Defendant placed a telephone call to 248-652-8765 in an attempt to collect Plaintiff's delinquent account. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in paragraph 1 of the Complaint, and therefore denies said allegations.

2.    Denied.

3.    Admitted that on April 4, 2011, Defendant mailed a letter to Plaintiff stating that Plaintiff's delinquent account had been assigned to Defendant by the Department of Education. Admitted that the return address is for the National Payment Center. All other allegations contained in Paragraph 3 are denied.

4.    Admitted that the April 4, 2011 letter contained Plaintiff's social security number. All other allegations contained in Paragraph 4 are denied in the form and fashion set forth.

5.    Admitted as to the contents of the April 4, 2011 letter. All other allegations contained in Paragraph 5 are denied.

6.     Denied.

7.     Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 7 of the Complaint, and therefore denies said allegations.

8.     Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 8 of the Complaint, and therefore denies said allegations.

9.     Denied.

10.    Admitted.

11.    Admitted that Plaintiff sent Defendant a cease and desist letter via facsimile and mail. Denied that Defendant placed over ten telephone calls to Plaintiff. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in paragraph 11 of the Complaint, and therefore denies said allegations.

12.    Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 12 of the Complaint, and therefore denies said allegations.

13.    Denied that Plaintiff requested validation of the debt from Defendant.  Denied that Defendant was under any obligation to provide validation of the debt. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in paragraph 13 of the Complaint, and therefore denies said allegations.

14.    Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 14 of the Complaint, and therefore denies said allegations.

15.    Admitted that Plaintiff mailed a letter to Defendant demanding information regarding the alleged bankruptcy filing.  Admitted that Defendant has not responded to the letter.  All other allegations contained in Paragraph 15 are denied.

## COUNT I
### Fair Debt Collection Practices Act (FDCPA)

All allegations incorporated by reference into Count I of Plaintiff's Complaint are admitted and denied in the same manner and to the same extent that said allegations are otherwise admitted and denied herein.

Denied that Defendant violated the FDCPA.

Denied that Plaintiff is entitled to $1000.00 per violation of each provision above. Denied that Plaintiff is entitled to any damages.

## COUNT II
### Telephone Consumer Protection Act of 1991 ("TCPA")

All allegations incorporated by reference into Count II of Plaintiff's Complaint are admitted and denied in the same manner and to the same extent that said allegations are otherwise admitted and denied herein.

Denied that Defendant violated the TCPA. Denied that Defendant engaged in multiple, repeated, willful or intentional violations of the TCPA.

Denied that Plaintiff is entitled to $500.00 per violation of the TCPA. Denied that Plaintiff is entitled to statutory damages of $1500.00 per willful or knowing violation of the TCPA.

## COUNT III
### Michigan Collection Practices Act ("MCPA")

All allegations incorporated by reference into Count III of Plaintiff's Complaint are admitted and denied in the same manner and to the same extent that said allegations are otherwise admitted and denied herein.

Denied that Defendant violated the MCPA. Denied that Plaintiff suffered damages as a result of Defendant's collection activities.

All other allegations in the Complaint not otherwise specifically admitted or denied herein are denied.

## ADDITIONAL DEFENSES and PLEADINGS

1. Plaintiff failed to state a claim upon which relief can be granted.

2. Any violation of law by Defendant, which is specifically denied, resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid the error.

3. Plaintiff failed to mitigate any damages.

4. At all pertinent times, Defendant acted in good faith reliance on the information provided by the original creditor of the account at issue.

5. At all times Defendant acted in good faith.

3

6.  Defendant did not make any false or misleading representation to Plaintiff or anyone else.

7.  Plaintiff did not justifiably rely upon any alleged false or misleading representation.

8.  Defendant intends to remove this matter to Federal Court as Plaintiff's allegations raise questions of federal law and, as such, jurisdiction of this matter is proper in Federal Court.

WHEREFORE, Defendant requests that this Court dismiss Plaintiff's Complaint at Plaintiff's cost, and that Defendant be awarded reasonable attorney fees and costs as provided for under applicable law.

Respectfully submitted,

Jeffrey A. Smolek
Jeffrey A. Smolek, P.L.L.C.
20 W. Washington, Suite 4A
Clarkston, MI  48346
(248) 625-5373
(248) 625-5573 (fax)
*Attorney for Defendant*

## PROOF OF SERVICE

A copy of the foregoing has been served via U.S. Mail to the following on October 20, 2011:

Michael J. Tedeschi
2409 Beacon Hill Drive
Rochester Hills, MI 48309
*Plaintiff Pro se*

Jeffrey A. Smolek
Jeffrey A. Smolek, P.L.L.C.
20 W. Washington, Suite 4A
Clarkston, MI  48346
(248) 625-5373
(248) 625-5573 (fax)
*Attorney for Defendant*

4